**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.14-cv-03286-CMA

KEITH QUINTANA,

    Petitioner,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Reversing and Remanding ALJ's Decision Denying Social Security Disability Benefits of Judge Christine M. Arguello entered on June 29, 2015, it is

ORDERED that the ALJ's denial of social security disability benefits is REVERSED.  It is

FURTHER ORDERED that this case is REMANDED to the Commissioner for proceedings consistent with the Court's June 29, 2015 Order.

   DATED: June 29, 2015

                                 FOR THE COURT:
                                 JEFFREY P. COLWELL, CLERK

                               By:  s/  V. Barnes
                                   V. Barnes
                                   Deputy Clerk